UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

JAMES SQUICCIARINI,

                        *Plaintiff,*

-against-

THE VILLAGE OF AMITYVILLE, FIRE CHIEF JEFFREY ERATH, FIRST ASSISTANT CHIEF LELAND GREEY, SECOND ASSISTANT CHIEF DAVID HEGARTY, THIRD ASSISTANT CHIEF GAVIN BUDDE, WARDEN JAMES JULIANO, WARDEN RONALD SMITH, WARDEN ANTHONY SOARES, and WARDEN WILLIAM REIN,

                        *Defendants.*

-----------------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

17-cv-6768
(GRB)(ARL)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective attorneys that, whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure all claims against all defendants are hereby discontinued and dismissed with prejudice, and without costs or attorney's fees to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 17, 2021
       Carle Place, New York

| THE LAW OFFICES OF ANTHONY GRANDINETTE | SOKOLOFF STERN LLP |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: Mirel Fisch | By: Steven C. Stern |
| 114 Old Country Road, Suite 420 | 179 Westbury Avenue |
| Mineola, New York 11501 | Carle Place, New York 11514 |
| (516) 877-2889 | (516) 334-4500 |

8